IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BENITO HERNANDEZ,

    Plaintiff,

v.                                            CV No. 18-135 CG

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
Social Security Administration,

    Defendant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Plaintiff's *Second Unopposed Motion to Extend Briefing Deadlines*, (Doc. 21), filed August 16, 2018. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision on or before **August 20, 2018**;

2. Defendant shall file a Response on or before **October 19, 2018**; and

3. Plaintiff may file a Reply on or before **November 1, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE